Outlook

## Fw: ICE FOIA 2025-ICFO-33038

**From** Roberto Cruz <rcruz@latinojustice.org>
**Date** Mon 7/21/2025 3:54 PM
**To** Stephanie Cordero <scordero@latinojustice.org>

FYI

Get [Outlook for iOS](#)

**Roberto Cruz**| Managing Attorney - Southeast Regional Office
(he, him, his)
D: 321.754.1935



 Charity Navigator Four Star Charity 2023     Candid Platinum Transparency Seal on Guidestar 2023

E-mails from LatinoJustice PRLDEF may contain confidential and privileged materials; they are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attachments. After informing the sender you received the e-mail in error, please delete the e-mail, all attachments, and any copies of them. Thank you.

**From:** ice-foia@ice.dhs.gov <noreply@securerelease.us>
**Sent:** Thursday, April 24, 2025 1:00 PM
**To:** Roberto Cruz <rcruz@latinojustice.org>
**Subject:** ICE FOIA 2025-ICFO-33038

04/24/2025

Roberto Cruz
475 Riverside Dr # 1901
New York, New York 10115

RE:      ICE FOIA Case Number 2025-ICFO-33038

Dear Requester:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), dated 4/22/2025, your request for a waiver of all assessable FOIA fees, and your request for expedited treatment. Your request was received in this office on 4/22/2025. Specifically, you have requested records pertaining to  Raid at Puerto Rican Restaurant in Philadelphia: On January 28, 2025, ICE agents entered Boricua Restaurant in North Philadelphia without a judicial warrant,
seeking to inspect the premises. The owners, both U.S. citizens of Puerto Rican descent, were approached under the

presumption of being undocumented due to the nature of their establishment. See 6abc Digital Staff, Philly restaurant owners say ICE showed up without warrant 'because it's a Puerto Rican restaurant', 6 ABC Action News, (January 30, 2025) at https://6abc.com/post/owners-puerto-rican-restaurant-philadelphias-port-richmond-section-say-ice-agents-showed-warrant/15848835/. Detention of Puerto Rican Military Veteran in Newark, New Jersey: On January 23, 2025, ICE agents conducted a raid at Oceans Seafood Depot in Newark, detaining several individuals, including a U.S. military veteran of Puerto Rican descent. Despite presenting a valid veterans identification card, the veteran was detained without a warrant. See Candace Person, Lawmakers respond to ICE's detention of documented individuals in Puerto Rico and a U.S. Citizen Military Veteran in New Jersey without warrants, Congressional Hispanic Caucus, (January 31, 2025) at https://chc.house.gov/media-center/press-releases/lawmakers-respond-ices-detention-documented-individuals-puerto-rico-and.

Detention of Puerto Rican Family in Milwaukee: On January 24, 2025, a Puerto Rican family, including a toddler, was detained by ICE agents in Milwaukee after being overheard speaking Spanish. The family was taken to an immigration detention center despite being U.S. citizens. See Gina Lee Castro, Milwaukee official, advocates working to verify viral report of Puerto Rican family detained by ICE, Milwaukee Journal Sentinel, (January 30, 2025 at 6:18pm CT) at https://www.jsonline.com/story/news/local/2025/01/30/telemundo-report-of-ice-detaining-puerto-rican-family-in-milwaukee-draws-concern/78058292007/. Raid in Barrio Obrero, San Juan, Puerto Rico: On January 26, 2025, ICE agents conducted an aggressive immigration enforcement operation in Barrio Obrero, San Juan. The raid, executed in collaboration with federal agencies under President Trump's executive order on immigration, disproportionately targeted Dominican migrants and Puerto Ricans residing in the community. A local human rights organization reported that many residents—regardless of their immigration status—have since been living in fear, avoiding work and public spaces. Notably, San Juan City Mayor Miguel Romero Lugo, and the Governor's Chief of Staff Francisco Domenech, affirmed that local authorities did not participate or assist in the enforcement actions. See The Star Staff, ICE agents raid Barrio Obrero in search of undocumented migrants, The San Juan Star, (January 27, 2025) at https://www.sanjuandailystar.com/post/ice-agents-raid-barrio-obrero-in-search-of-undocumented-migrants.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

In addition, ICE acknowledges that your FOIA request includes a request for fee waiver. We will adjudicate this request only if the agency is allowed to assess fees under the FOIA. See 6 C.F.R. § 5.11(c)-(d). If this is the case, you will be notified of our decision in a separate communication. If there are no assessable fees, your request for a fee waiver will be moot and you will not receive further communications from ICE regarding fees related to this FOIA request.

**Your request for expedited treatment is hereby denied.**

Under the DHS FOIA regulations, expedited processing of a FOIA request is warranted if the request involves "circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual," 6 C.F.R. § 5.5(e)(1)(i), or "an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," 6 C.F.R. § 5.5(e)(l)(ii). Requesters seeking expedited processing

must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct.  6 C.F.R. § 5.5(e)(3).

Your request for expedited processing is denied because you do not qualify for either category under 6 C.F.R. § 5.5(e)(1).  You failed to demonstrate a particular urgency to
inform the public about the government activity involved in the request beyond the public's right to know about government activity generally.  Your letter was conclusory in
nature and did not present any facts to justify a grant of expedited processing under the applicable standards.

Your request for expedited processing is denied because you do not qualify for either category under 6 C.F.R. § 5.5(e)(1).   You have not established that lack of expedited
treatment in this case will pose an imminent threat to the life or physical safety of an individual.  While you may be primarily engaged in the dissemination of information, you
have not detailed with specificity why you feel there is an urgency to inform the public about.  Qualifying urgency would need to exceed the public's right to know about
government activity generally.  You also did not offer sufficient supporting evidence of an interest of the public t greater than the public's general interest.  Your letter was
conclusory in nature and did not present any facts to justify a grant of expedited processing under the applicable standards.

If you deem the decision to deny expedited treatment of your request an adverse determination, you have the right to appeal.  Should you wish to do so, you must send your
appeal and a copy of this letter, within 90 days of the date of this letter following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.5(e)(2). You may
submit your appeal electronically at GILDFOIAAppeals@ice.dhs.gov or via regular mail to:

> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> U.S. Department of Homeland Security
> 500 12th Street,, S.W., Mail Stop 5900
> Washington, D.C. 20536-5900

Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

ICE has queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of
releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed
with your request.

If you have any questions, please contact FOIA Public Liaison Daniel Edgington, at (866) 633-1182 or 500 12th St, SW Stop 5009 Washington, DC 20536-5009. Additionally,
you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services,
National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770;
toll free at 1-877-684-6448.

Your request has been assigned reference number 2025-ICFO-33038. Please use this number in future correspondence.

Mail - Stephanie Cordero - Outlook

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009