USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2025



September 2, 2025

**By ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 907
New York, NY 10007

    Re:    *LatinoJustice PRLDEF v. U.S. Dep't of Homeland Security et al.*, 25-cv-06228 (MMG)

Dear Judge Garnett,

    On behalf of LatinoJustice PRLDEF ("LatinoJustice"), I am writing to respectfully request an adjournment of the Initial Pretrial Conference in the above-referenced matter currently scheduled on September 11, 2025 at 9:30am. This is the Plaintiff's first request for an adjournment.

    I will be out of the country from September 4, 2025- September 13, 2025 on a pre-planned trip abroad, and unable to attend the hearing as currently scheduled. Just today I was able to confer with Assistant U.S. District Attorney, Peter Aronoff, who represents the Defendants in this matter. The Defendants consent to an adjournment of the Initial Pretrial Conference. Below are proposed alternative days when both parties are available for a rescheduled conference:

    Monday September 29, 2025
    Tuesday, September 30, 2025
    Wednesday, October 1, 2025

    We are happy to provide additional dates the week of October 6, 2025 if necessary to accommodate the Court's schedule.

---

GRANTED. The Initial Pretrial Conference previously scheduled for September 11, 2025 is ADJOURNED until **Monday September 29, 2025** at **9:30 AM**.

SO ORDERED. Dated September 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

Respectfully submitted,
s/Stephanie Cordero

Stephanie Cordero

    cc:    **By ECF**
                  All counsel of record