

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 8, 2025

**By ECF**

The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *LatinoJustice PRLDEF v. U.S. Dep't of Homeland Security, et al.*, 25 Civ. 6228
               (MMG)

Dear Judge Garnett:

      This Office represents the defendants, the United States Department of Homeland Security ("DHS") and its component, United States Immigration and Customs Enforcement ("ICE," and together with DHS, the "government"), in the above-referenced Freedom of Information Act ("FOIA") action. I write both to provide a joint status report, and also to respectfully request, with plaintiff's consent, that the Court adjourn without date the government's time to answer or otherwise respond to the complaint, which is currently due today.

      **Joint status report.** The FOIA request at issue here seeks various records from ICE and DHS's Office for Civil Rights and Civil Liberties ("CRCL"), including records relating to four specific alleged incidents detailed in the complaint.

      DHS's FOIA office, which conducts FOIA operations for CRCL, has completed a search and has located approximately 65 pages of potentially responsive records. It made its final release on November 25. Plaintiff is still in the process of reviewing this disclosure. The parties will discuss appropriate next steps once Plaintiff's review concludes.

      ICE has also conducted a search. ICE made its production of 58 pages on September 24. The production included no information about three of the four specific alleged incidents detailed in the complaint. Specifically, there were no documents relating to incidents 1 (alleged raid at a Puerto Rican restaurant in Philadelphia), 2 (alleged detention of Puerto Rican military veteran in Newark), and 4 (alleged raid in Barrio Obrero in San Juan, Puerto Rico) as listed on pages 1-2 of the FOIA request attached to the complaint as Exhibit B (Dkt, No. 1). Consequently, Plaintiff requested additional information about ICE's search, and the government has responded. The parties are discussing appropriate next steps.

      In order to allow these steps to continue, we respectfully request that the parties file a further joint status report in one month, or by January 9, 2026. If at that time the parties have reached an impasse on any issues, we will propose next steps.

**Request to adjourn answer.** Separately, the government, with plaintiff's consent, respectfully requests an adjournment without date of the government's time to answer or otherwise respond to the complaint, which is currently today, December 8. Some of the same staff who would be involved with preparing a response to the complaint are working to process the FOIA request, and it would be most efficient for those staff to continue those efforts. In addition, FOIA cases are generally resolved through cross-motions for summary judgment based on legal argument and factual matter provided by declarations, without discovery. *See, e.g., Wood v. Fed. Bureau of Investigation*, 432 F.3d 78, 85 (2d Cir. 2005); *Carney v. Dep't of Just.*, 19 F.3d 807, 812–13 (2d Cir. 1994). In the government's view, other than certain basic facts about the procedural history of the request and the litigation, the allegations of the complaint and the government's response to those allegations will not be relevant to any dispute actionable under FOIA. Therefore, the government does not expect that the answer would serve a litigation purpose. Plaintiff consents to the present request to adjourn the answer but reserves the right to request in the future that the court order a due date for an answer to the complaint if it became necessary. For these reasons, we respectfully request that the government's time to answer or otherwise respond to the complaint be adjourned without date.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Peter Aronoff*
        PETER ARONOFF
        Assistant United States Attorney
        Tel.:   (212) 637-2697
        Email: Peter.Aronoff@usdoj.gov

2