

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**By ECF**

The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *LatinoJustice PRLDEF v. U.S. Dep't of Homeland Security, et al.*, 25 Civ. 6228 (MMG)

Dear Judge Garnett:

This Office represents the defendants, the United States Department of Homeland Security ("DHS") and its component, United States Immigration and Customs Enforcement ("ICE," and together with DHS, the "government"), in the above-referenced Freedom of Information Act ("FOIA") action. I write to provide a joint status report.

As previously noted, the FOIA request at issue here seeks various records from ICE and DHS's Office for Civil Rights and Civil Liberties, including records relating to four specific alleged incidents detailed in the complaint. As noted in our previous status report, the parties have been discussing the agencies' searches for responsive records. Since the last status report, plaintiffs have been evaluating the agencies' responses to specific questions, and plan to respond later this week. The parties intend to continue discussing these issues to see whether it is possible to avoid the need for judicial intervention.

Because there are no open disputes at this time, we respectfully request that the parties file a further joint status report in approximately five weeks, or by April 17, 2026. If at that time the parties have reached an impasse on any issues, we will propose next steps.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Tel.:    (212) 637-2697
Email: Peter.Aronoff@usdoj.gov