

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 24, 2026

**By ECF**

The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *LatinoJustice PRLDEF v. U.S. Dep't of Homeland Security, et al.*, 25 Civ. 6228 (MMG)

Dear Judge Garnett:

      This Office represents the defendants, the United States Department of Homeland Security ("DHS") and its component, United States Immigration and Customs Enforcement ("ICE," and together with DHS, the "government"), in the above-referenced Freedom of Information Act ("FOIA") action. I write to provide a joint status report.

      As previously noted, the FOIA request at issue here seeks various records from ICE and DHS's Office for Civil Rights and Civil Liberties, including records relating to four specific alleged incidents detailed in the complaint and policies, and guidelines regarding how ICE enforces immigration laws with respect to the identification and targeting of individuals based on national origin, ethnicity, or language.

      The parties continue to attempt to narrow the issues in this matter and have engaged in several rounds of discussions. ICE tasked several supplemental searches, which remain outstanding. If a supplemental production is needed based on the outcome of these searches, ICE will communicate a timeline to plaintiff once all search results are received. In addition, ICE responded to a set of questions from plaintiff concerning the search and withholdings under exemption (b)(7)(A). Plaintiff submitted follow up questions, to which ICE will respond by the next Joint Status Report. Plaintiff is concerned about the length of this litigation and the timing of supplemental searches that appear responsive to the FOIA request.

      However, as there are no open disputes at this time, we respectfully request that the parties file a further joint status report in approximately one month, or by August 20, 2026. If at that time the parties have reached an impasse on any issues, we will propose next steps.

We thank the Court for its attention to this matter.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Tel.:    (212) 637-2697
Email: Peter.Aronoff@usdoj.gov

2