**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 20, 2026

**By ECF**
The Honorable Margaret M. Garnett
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *LatinoJustice PRLDEF v. U.S. Dep't of Homeland Security*, *et al.*, 25 Civ. 6228 (MMG)

Dear Judge Garnett:

This Office represents the defendants, the United States Department of Homeland Security ("DHS") and its component, United States Immigration and Customs Enforcement ("ICE," and together with DHS, the "government"), in the above-referenced Freedom of Information Act ("FOIA") action. I write to provide a joint status report.

As previously noted, the FOIA request at issue here seeks various records from ICE and DHS's Office for Civil Rights and Civil Liberties, including records relating to four specific alleged incidents detailed in the complaint and policies, and guidelines regarding how ICE enforces immigration laws with respect to the identification and targeting of individuals based on national origin, ethnicity, or language.

The parties continue to attempt to narrow the issues in this matter and have exchanged further information about the agency's search. As noted in the last status report, based on these discussions, ICE tasked two supplemental searches. The first of these searches is now complete and has returned 65 potentially responsive pages; the other remains outstanding, in part due to recent personnel turnover in the affected office. ICE will process the results of the first supplemental search by the end of this month, and will notify plaintiff by the end of next week of the date by which it expects to complete the other supplemental search. ICE is also following up internally to determine the status of the enforcement matters that underlie its exemption 7(A) withholdings.

As there are no open disputes at this time, we respectfully request that the parties file a further joint status report in approximately one month, or by September 21, 2026. If at that time the parties have reached an impasse on any issues, we will propose next steps.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *<u>/s/ Peter Aronoff</u>*
PETER ARONOFF
Assistant United States Attorney
Tel.: (212) 637-2697
Email: Peter.Aronoff@usdoj.gov